IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DWIGHT L. ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>GOVERNOR NATHAN DEAL, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:13-CV-4197-TWT |

**ORDER**

This is a pro se civil rights action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action under the two year statute of limitations. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 31 day of January, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Allen\r&r.wpd